IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEN JOHNSON,

    Plaintiff,

vs.                                  Case No. 1:10cv197-SPM/GRJ

GIOVE LAW OFFICE, P.C.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the clerk shall close this case.

**SO ORDERED** this 6th day of February, 2012.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge